### 17927.  SWAIN *v.* THE STATE.

BROYLES, C. J.  1. The alleged newly discovered evidence is not of such a character as would probably produce a different verdict upon another trial of the case.

2. The remaining grounds of the amendment to the motion for a new trial show no reversible error.

3. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 12, 1927.

Manslaughter; from Tattnall superior court—Judge Sheppard. December 30, 1926.

*E. J. Giles, A. S. Way,* for plaintiff in error.

*J. T. Grice, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1122, n. 65; p. 1206, n. 95.
Homicide, 30 C. J. p. 316, n. 68.